Decided June 16, 2004

## TRUDY A. BLATCHLEY ET AL. *v.* ABRAHAM MINTZ ET AL.

901

KATZ, J., did not participate in the consideration or decision of this petition.

*Frank H. Santoro* and *Joyce A. Lagnese,* in support of the petition.

Decided June 16, 2004